UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61456-CIV-COHN/SELTZER

MONTEAL REYNOLDS, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

FLORIDA PROPERTY SEARCH, INC.,
a Florida Corporation, and
MARSHALL TERKEL, individually,

    Defendants.
_____/

## ORDER GRANTING MOTIONS FOR DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Monteal Reynolds' Motion for Default Final Judgment Against Defendant Florida Property Search, Inc. ("Florida Property Search") [DE 15] and Motion for Default Final Judgment Against Defendant Marshall Terkel [DE 16] (together, "Motions for Default Judgment"). The Court has carefully considered the Motions for Default Judgment, the accompanying affidavits, and the record in this case, including the Complaint [DE 1], the returns of service upon Florida Property Search [DE 7] and Mr. Terkel [DE 6], the Clerk's Entries of Default against Florida Property Search [DE 11] and Mr. Terkel [DE 10], Defendants' failure to respond to the instant motions, and is otherwise advised in the premises.

On June 30, 2011, Plaintiff filed this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), bringing one single count for recovery of overtime compensation. See Complaint [DE 1]. On August 24, 2011, when Defendants failed to appear, answer, or otherwise plead to the complaint within the requisite time, the Clerk of Court entered defaults against them. Thereafter, on October 12, 2011, Plaintiff filed her Motions for Default Judgment.

Plaintiff requests $24,934.14 in back overtime pay, $24,934.14 in liquidated damages, and $4,100.00 in attorneys fees and costs. Mots. ¶ 2. She calculates $24,934.14 in back overtime compensation based on 7 hours of overtime per week for

126 weeks at an hourly rate of $18.85 ($18.85 + $9.42 = $28.27 an hour x 7 overtime hours per work week x 126 weeks = $24,934.14).  Compl. ¶ 17; Mots. ¶ 2; Affidavit of Monteal Reynolds [DE's 15-1 at 1-2, 16-1 at 1-2] ¶¶ 5-8.

Additionally, Plaintiff seeks attorney's fees in the amount of $3,660.00, consisting of 12.2 hours at an hourly rate of $300.00.  Mots. ¶ 2; Affidavit of Charles H. Bechert, III, Esquire [DE's 15-1 at 3-4, 16-1 at 3-4]; Time Sheets [DE's 15-1 at 5-7, 16-1 at 5-7]. In support of her request for attorney's fees, Plaintiff submits the Affidavit of Attorney Gerard S. Williams [DE's 15-1 at 7, 16-1 at 7], who is familiar with the extent, nature, and character of the work that counsel performed in this case.  Mr. Williams states that, in his opinion, $3,660.00 is the reasonable value for attorney's fees.  Id.  The Court agrees.

Finally, Plaintiff requests costs in the amount of $440.00, consisting of the $350.00 filing fee and $90.00 in service fees.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Final Judgment Against Defendant Florida Property Search, Inc. [DE 15] is **GRANTED**;

2. Plaintiff's Motion for Default Final Judgment Against Defendant Marshall Terkel [DE 16] is **GRANTED**;

3. The Court will enter a separate judgment consistent with the above ruling.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of November, 2011.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of Record via CM/ECF
*Pro se* parties via regular mail

Marshall Terkel
Florida Property Search, Inc.
7284 Via Palomar
Boca Raton, FL 33433

2